STACEY A. UPSON, ESQ.
State Bar No. 004773
**THE LAW OFFICES OF S. DENISE MCCURRY**
7455 Arroyo Crossing Parkway, Suite 200
Las Vegas, NV 89113
Phone:  (702) 408-3800
stacey.upson@farmersinsurance.com
Attorney for Defendant,
DESERT ROSE INVESTMENT GROUP
 DBA DESERT ROSE APARTMENTS;

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICKY GLADNEY as Special Administrator of the Estate of JERRY RUSSELL; ROSETTA RUSSELL as heir to the Estate of JERRY RUSSELL; LENNARD RUSSELL, as heir to the Estate of JERRY RUSSELL, <br><br> Plaintiffs, <br><br> vs. <br><br> DESERT ROSE INVESTMENT GROUP, LLC dba DESERT ROSE APARTMENTS; MIDEA d/b/a ARCTIC KING; DOE MAINTENANCE COMPANY 1; DOE DISTRIBUTOR 1; DOE SELLER 1; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, <br><br> Defendants. | Case No.: 2:19-CV-01331-GMN-VCF <br><br> **STIPULATION AND ORDER TO DISMISS VULNERABLE PERSON CLAIM PURSUANT TO NRS 41.1395 AND ASSOCIATED CLAIM FOR PUNITIVE DAMAGES PURSUANT TO NRS 42.001** |

IT IS HEREBY AGREED by and between VICKY GLADNEY as Special Administrator of the Estate of JERRY RUSSELL, ROSETTA RUSSELL as heir to the Estate of JERRY RUSSELL; LENNARD RUSSELL, as heir to the Estate of JERRY RUSSELL, through their attorney of record, Alison Brasier, Esq., DESERT ROSE INVESTMENT GROUP dba DESERT ROSE APARTMENTS, through their attorneys, Stacey A. Upson, Esq. and MIDEA AMERICA CORP., by and through its attorneys of record, Loren Young, Esq. and Dennis Callahan, Esq., that the allegations/claims of a vulnerable

///
///
///

person pursuant to NRS 41.1395 and the associated claim for punitive damages pursuant to NRS 42.001 are hereby DISMISSED with prejudice.

HICKS & BRASIER PLLC

LINCOLN, GUSTAFSON & CERCOS


*/s/ Alison Brasier*
Alison Brasier, Esq. #10522
Attorney for Plaintiffs
2630 Jones Blvd.
Las Vegas, NV  89146

*/s/ Loren S. Young*
Loren S. Yong, Esq. #7567
Attorney for Defendant Midea America Corp
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169

DATED:  June 11, 2020

DATED:  June 11, 2020


WARD GREENBERG HELLER & REIDY, LLP

THE LAW OFFICES OF S. DENISE MCCURRY


*/s/ Dennis R. Callahan*
Dennis R. Callahan, Esq.
Attorney for Defendant, Midea America Corp.
1835 Market Street, Suite 650
Philadelphia, PA 19103

*/s/ Stacey A. Upson*
Stacey A. Upson, Esq. #4773
Attorney for Defendant Desert Rose Investment
7455 Arroyo Crossing Parkway, Suite 200
Las Vegas, NV 89113

DATED:  June 11, 2020

DATED:  June 11, 2020

## **ORDER**

Based upon the Stipulation of the parties,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that allegations/claims of a vulnerable person pursuant to NRS 41.1395 and the associated claim for punitive damages pursuant to NRS 42.001 are hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED this ___11___ day of June, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court