STACEY A. UPSON, ESQ.
State Bar No. 004773
**THE LAW OFFICES OF S. DENISE MCCURRY**
7455 Arroyo Crossing Parkway, Suite 200
Las Vegas, NV 89113
Phone: (702) 408-3800
stacey.upson@farmersinsurance.com
Attorney for Defendant,
DESERT ROSE INVESTMENT GROUP
dba DESERT ROSE APARTMENTS;

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICKY GLADNEY as Special Administrator of the Estate of JERRY RUSSELL; ROSETTA RUSSELL as heir to the Estate of JERRY RUSSELL; LENNARD RUSSELL, as heir to the Estate of JERRY RUSSELL,<br><br>Plaintiffs,<br><br>vs.<br><br>DESERT ROSE INVESTMENT GROUP, LLC dba DESERT ROSE APARTMENTS; MIDEA d/b/a ARCTIC KING; DOE MAINTENANCE COMPANY 1; DOE DISTRIBUTOR 1; DOE SELLER 1; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:19-CV-01331-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs VICKY GLADNEY as Special Administrator of the Estate of JERRY RUSSELL, ROSETTA RUSSELL as heir to the Estate of JERRY RUSSELL; LENNARD RUSSELL, as heir to the Estate of JERRY RUSSELL, through their attorney of record, Alison Brasier, Esq., DESERT ROSE INVESTMENT GROUP dba DESERT ROSE APARTMENTS, through their attorneys, Stacey A. Upson, Esq. and MIDEA AMERICA CORP., by and through its attorneys of record, Loren Young, Esq. and Dennis Callahan, Esq., that the above entitled matter, including any and all Cross-Claims and Counter-Claims, may be dismissed, with prejudice, with each of the parties to pay their own attorney fees and costs incurred therein.

1

IT IS FURTHER STIPULATED that no firm trial date has been set.

| | |
|---|---|
| HICKS & BRASIER PLLC | LINCOLN, GUSTAFSON & CERCOS |
| /s/ Alison Brasier | /s/ Loren S. Young |
| Alison Brasier, Esq. #10522 | Loren S. Young, Esq. #7567 |
| Attorney for Plaintiffs | Attorney for Defendant Midea America Corp |
| 2630 Jones Blvd. | 3960 Howard Hughes Parkway, Suite 200 |
| Las Vegas, NV 89146 | Las Vegas, NV 89169 |
| DATED: ~~August~~ Nov. 12, 2020 | DATED: ~~August~~ Nov 17, 2020 |
| WARD GREENBERG HELLER & REIDY, LLP | THE LAW OFFICES OF S. DENISE MCCURRY |
| /s/ Dennis R. Callahan | /s/ Stacey A. Upson |
| Dennis R. Callahan, Esq. | Stacey A. Upson, Esq. #4773 |
| Attorney for Defendant, Midea America Corp. | Attorney for Defendant Desert Rose Investment |
| 1835 Market Street, Suite 650 | 7455 Arroyo Crossing Parkway, Suite 200 |
| Philadelphia, PA 19103 | Las Vegas, NV 89113 |
| DATED: ~~August~~ November 17, 2020 | DATED: ~~August~~ 11/15/2020 |

## ORDER FOR DISMISSAL WITH PREJUDICE

The parties hereto having stipulated above to the dismissal of the above-entitled action in its entirety, Gladney, Russell, et a vs. Desert Rose Investment, Midea America, et al., including any and all Cross-Claims and Counter-Claims with prejudice, and with each party paying their own attorney fees and costs, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that this matter be, and it hereby is, Dismissed with Prejudice, in its entirety, and that each party shall pay their own attorney fees and legal costs associated therewith.

DATED this  18  day of   November  , 2020.

IT IS SO ORDERED.

_____
Gloria M. Navarro, District Judge
United States District Court